JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| L. Ray Harmon | ) | 2:20-cv-02249-RSWL-JEMx |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **ORDER DISMISSING CASE** |
| Campbell, Campbell and Campbell, Inc., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

    On June 2, 2020, the Court ordered counsel to Show Cause [26] why this action should not be dismissed for lack of prosecution. To date, counsel has not complied with this order with a written response or the filing of the alternative documents in lieu of a written response. The July 2, 2020 deadline to respond has come and gone. Counsel was warned that failure to comply with the Order to Show Cause may result in the dismissal of this action for lack of prosecution and failure to comply with this Court's order.

    Accordingly, good cause appearing therefore, the Court hereby DISMISSES this action without prejudice for failure to prosecute and failure to obey an order of this Court. The Clerk of the Court is directed to close the file.

    IT IS SO ORDERED.

Dated: July 7, 2020            s/ RONALD S.W. LEW
                                      HONORABLE RONALD S. W. LEW
                                      U.S. District Judge